DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NATIONSTAR MORTGAGE, LLC,**
Appellant,

v.

**JOSELITO L. MARTINS** a/k/a **JOSELITO MARTINS, MARTIN'S CROSSING HOMEOWNERS ASSOCIATION, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR CTX MORTGAGE COMPANY, LLC,** and **UNKNOWN TENANT IN POSSESSION OF THE SUBJECT PROPERTY,**
Appellees.

No. 4D16-3735

[November 15, 2017]

Appeal and cross-appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence M. Mirman, Judge; L.T. Case No. 2014-CA-000635.

Nancy M. Wallace of Akerman LLP, Tallahassee, William P. Heller of Akerman LLP, Fort Lauderdale, and Celia C. Falzone of Akerman LLP, Jacksonville, for appellant.

W. Trent Steele of Steele Law, Hobe Sound, for Appellee Joselito Martins.

PER CURIAM.

*Affirmed. See Partridge v. Nationstar Mortg., LLC*, 224 So. 3d 839 (Fla. 2d DCA 2017) (holding that mortgage loan servicer's unilateral decision to leave original note and mortgage with trial court did not establish standing to foreclose, where original note was filed with trial court long before servicer commenced foreclosure action). In light of this disposition, we need not reach the issue raised on cross-appeal.

WARNER, GROSS and TAYLOR, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*